Same case below, 391 Fed. Appx. 87.

**No. 10-9100. Chris Joshua Meadoux, Petitioner v. Texas.**

563 U.S. 924, 131 S. Ct. 1827, 179 L. Ed. 2d 784, 2011 U.S. LEXIS 2655.

April 4, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 325 S.W.3d 189.

**No. 10-9108. Orencio Serrano, aka Oscar Medina, Petitioner v. Illinois.**

563 U.S. 924, 131 S. Ct. 1827, 179 L. Ed. 2d 784, 2011 U.S. LEXIS 2763.

April 4, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 401 Ill. App. 3d 1143, 371 Ill. Dec. 289, 989 N.E.2d 1217.

**No. 10-9110. Frederick Eldred Renneke, Petitioner v. Florence Utility Commission, et al.**

563 U.S. 924, 131 S. Ct. 1827, 179 L. Ed. 2d 784, 2011 U.S. LEXIS 2800.

April 4, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District III, denied.

Same case below, 330 Wis. 2d 833, 794 N.W.2d 927.

**No. 10-9123. Jamie D. Cox, Shawney Jackson, and Freddie Howard Jones, Petitioners v. California.**

563 U.S. 924, 131 S. Ct. 1827, 179 L. Ed. 2d 784, 2011 U.S. LEXIS 2790.

April 4, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

Same case below, 187 Cal. App. 4th 337, 113 Cal. Rptr. 3d 759.

**No. 10-9128. Phillip Anderson Williams, Petitioner v. North Carolina.**

563 U.S. 924, 131 S. Ct. 1828, 179 L. Ed. 2d 784, 2011 U.S. LEXIS 2715.

April 4, 2011. Petition for writ of certiorari to the Supreme Court of North Carolina denied.

Same case below, 364 N.C. 601, 705 S.E.2d 336.

**No. 10-9130. Patrick Henry Nelson, Petitioner v. Steven Roberts, Warden.**

563 U.S. 924, 131 S. Ct. 1828, 179 L. Ed. 2d 784, 2011 U.S. LEXIS 2774.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-9139. Naamon L. White, Petitioner v. Illinois.**

563 U.S. 924, 131 S. Ct. 1828, 179 L. Ed. 2d 784, 2011 U.S. LEXIS 2674.

April 4, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, Third District, denied.

Same case below, 402 Ill. App. 3d 1206, 376 Ill. Dec. 795, 1 N.E.3d 128.

**No. 10-9167. Thomas Parker, Petitioner v. Michelle R. Ricci, Administrator, New Jersey State Prison, et al.**

563 U.S. 924, 131 S. Ct. 1828, 179 L. Ed. 2d 784, 2011 U.S. LEXIS 2758.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.